IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-129-MOC-DCK

| | |
|---|---|
| **RUBICON RESEARCH PRIVATE LIMITED,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **KARTHA PHARMACEUTICALS INC., and** | ) |
| **MANOJ BABU MAZHUVANCHERIL,** | ) |
| | ) |
| **Defendants**. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by Ross R. Fulton, concerning Leigh Ann Buziak, on March 30, 2021. Leigh Ann Buziak seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Leigh Ann Buziak is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: April 1, 2021

David C. Keesler
United States Magistrate Judge