UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-129-MOC-DSK

| | |
|---|---|
| RUBICON RESEARCH PRIVATE LIMITED, Plaintiff, <br><br> v. <br><br> KARTHA PHARMACEUTICALS INC., and MANOJ BABU MAZHUVANCHERIL, Defendants. | **SCHEDULING ORDER FOR EXPEDITED DISCOVERY** |

WHEREAS, this matter came before the Court on April 14, 2021 for a Scheduling Conference relating to Plaintiff Rubicon Research Private Limited's ("Plaintiff") Motion for Preliminary Injunction and Expedited Discovery (the "Motion"), and the parties having STIPULATED and AGREED between Plaintiff Rubicon Research Private Limited and Defendants Kartha Pharmaceuticals Inc. and Manoj Babu Mazhuvancheril (collectively the "Parties") to the following schedule for expedited discovery relating to the Motion, and it is hereby ORDERED by the Court, as follows:

1. The Parties shall serve written discovery requests relating to the Motion on or before April 30, 2021.

2. The Parties shall substantially complete document discovery relating to the Motion on or before May 28, 2021.

3. On June 1, 2021, counsel for Defendants shall provide an update to counsel for Plaintiff regarding Defendant Kartha Pharmaceuticals Inc.'s projected launch date for its baclophen products. If Defendants' projected launch date for its baclophen products is anticipated to be sooner than August 15, 2021, counsel for Defendants shall notify counsel for Plaintiff as

soon as reasonably practicable so that the Parties may request modifications to this Order. Any representations from Defendants or their counsel related to the launch date for Kartha Pharmaceuticals, Inc's baclofen tablets shall be considered "confidential" under the Consent Protective Order.

    4.    The Parties shall exchange expert witness disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, including written expert reports, on or before June 30, 2021.

    5.    The Parties shall complete initial depositions relating to the Motion on or before July 30, 2021.

    6.    The Court will schedule a subsequent status conference in or around July, 2021 to discuss a schedule for additional briefing and a hearing on the Motion.

**SO ORDERED.**

Signed: April 20, 2021

*[signature]*

Max O. Cogburn Jr.
United States District Judge

WE CONSENT:

Respectfully Submitted,

/s/ Ross R. Fulton
Ross R. Fulton
N.C. Bar No. 31538
**RAYBURN COOPER & DURHAM, P.A.**
227 West Trade Street, Suite 1200
Charlotte, NC 28202
Tel: (704) 334-0891
Fax: (704) 377-1897
rfulton@rcdlaw.net

Leigh Ann Buziak
Ann E. Querns
*(*Appearing *pro hac vice*)
**BLANK ROME LLP**
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5600
FAX: (215) 832-5600
lbuziak@blankrome.com
aquerns@blankrome.com

*Attorneys for Plaintiff*
*Rubicon Research Private Limited*
***Attorneys for Plaintiff***

/s/ Sara R. Lincoln
Sara R. Lincoln
N.C. Bar No. 22744
Heather C. Fuller
N.C. Bar No. 52497
Lincoln Derr PLLC
4350 Congress Street, Suite 575
Charlotte, NC 28209
Telephone: (704) 496-4500
Facsimile: (866) 393-6043
sara.lincoln@lincolnderr.com
heather.fuller@lincolnderr.com
***Attorneys for Defendants***