# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ZAKLADY FARMACEUTYCZNE POLPHARMA S.A., <br><br> Plaintiff, <br><br> vs. <br><br> KARTHA PHARMACEUTICALS, INC., <br><br> Defendant. | **Case No. 3:21-CV-00133-GCM** <br><br> Judge: Hon. Graham Mullen |
| RUBICON RESEARCH PRIVATE LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> KARTHA PHARMACEUTICALS, INC. and MANOJ BABU MAZHUVANCHERIL, <br><br> Defendants. | **Case No. 3:21-CV-00129-MOC** <br><br> Judge: Hon. Max O. Cogburn, Jr. <br><br> **ORDER GRANTING MOTION TO CONSOLIDATE** |

Plaintiff Zaklady Farmaceutyczne Polpharma S.A. filed a Motion to Consolidate these actions on April 14, 2021. ECF 5. Plaintiff has conferred with counsel for all parties in both cases and has informed the Court that all parties consent to the motion and to the entry of this order. The Court having considered the Movant's Motion to Consolidate and the pleadings and papers filed in support of the Motion, IT IS HEREBY ORDERED THAT the Motion to Consolidate is GRANTED.

*Zaklady Farmaceutyczne Polpharma S.A. v. Kartha Pharmaceuticals, Inc.*, Case No. 3:21-cv-00133-GCM (W.D.N.C. DATE) and *Rubicon Research Private Ltd. v. Kartha Pharmaceuticals, Inc. et al.*, Case No. 3:21-cv-00129-MOC (W.D.N.C. DATE) are consolidated under case number 3:21-cv-00129 for purposes of preliminary injunction proceedings, including related discovery. Zaklady Farmaceutyczne Polpharma S.A and Kartha Pharmaceuticals, Inc. shall be subject to all previously entered orders in case number 3:21-cv-00129, including the protective order entered on April 16, 2021 and the scheduling order for expedited discovery entered on April 20, 2021, with the exception that they shall have until ten days from entry of this order to exchange written discovery requests with each other.

**IT IS SO ORDERED.**

Signed: May 12, 2021

Graham C. Mullen
United States District Judge