# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-129-MOC-DCK

| | |
|---|---|
| RUBICON RESEARCH PRIVATE LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KARTHA PHARMACEUTICALS INC., and ) | |
| MANOJ BABU MAZHUVANCHERIL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** regarding a telephone conference the undersigned held on July 27, 2021.

Following a request by Plaintiff's counsel, and pursuant to the "Pretrial Order And Case Management Plan" (Document No. 26), the undersigned held a telephone conference to address discovery disputes between the parties. After about an hour of discussion, the undersigned reached the conclusion that, despite their protestations, counsel had not meaningfully conferred about the precise issues currently in contention. The undersigned then directed the following:

1. All of Defendant's WhatsApp messages shall be provided to Plaintiff's counsel, as promised, by **5:00 pm July 30, 2021**;

2. Counsel for the parties shall confer via Teams or Zoom, in person, or by telephone to discuss, in detail, any remaining outstanding discovery by **August 3, 2021**; and

3. The parties shall continue discovery as directed in the "Revised Scheduling Order For Expedited Discovery" (Document No. 41), supplementing as appropriate, in preparation for a Status and Motions Hearing before the Honorable Max O. Cogburn, Jr. on **August 16, 2021**.

**SO ORDERED**.

Signed: July 27, 2021

David C. Keesler
United States Magistrate Judge

2

Case 3:21-cv-00129-MOC-DCK   Document 42   Filed 07/28/21   Page 2 of 2